UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAMON MALON MORRIS,<br><br>                    Plaintiff,<br><br>    v.<br><br>THOMAS C. SMITH, et al.,<br><br>                    Defendants. | NO.  CV-12-5065-EFS<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

This matter comes before the Court on Plaintiff Damon Malon Morris's Motion to Voluntarily Dismiss Complaint pursuant to Federal Rule of Civil Procedure 41(a), ECF No. 8.  Defendants have not been served in this action.  After reviewing the pleadings filed in this matter, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Voluntarily Dismiss Complaint, **ECF No. 8**, is **GRANTED.**

2. The Complaint, **ECF No. 6**, is **DISMISSED WITHOUT PREJUDICE.**  The Clerk's Office is directed to **CLOSE** this case.

3. Although granted the opportunity to do so, Plaintiff did not file a separate motion and affidavit to waive the remaining balance of

//

ORDER ~ 1

1 the filing fee as directed.  Therefore, Plaintiff still is obliged to
2 pay the filing fee for this action, pursuant to 28 U.S.C. § 1915(b).
3    **IT IS SO ORDERED.**  The District Court Executive is directed to
4 enter this Order and provide a copy to Plaintiff.
5    **DATED** this ___31st___ day of August 2012.

            S/ Edward F. Shea
            EDWARD F. SHEA
       Senior United States District Judge

26 Q:\EFS\Civil\2012\5065.dismiss.lc2.wpd

ORDER ~ 2